**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6628**

———————

GENE THOMAS MEYER,

                                        Petitioner - Appellant,

        versus

RICHARD  A.  LANHAM,  SR.,  Commissioner;  J.
JOSEPH CURRAN, JR.,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
98-884-S)

———————

Submitted:  May 13, 1999          Decided:  May 21, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Fred Warren Bennett, Greenbelt, Maryland, for Appellant.  Annabelle
Louise Lisic, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Balti-
more, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gene Thomas Meyer seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Meyer v. Lanham</u>, No. CA-98-884-S (D. Md. Mar. 31, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on March 30, 1998, the district court's records show that it was entered on the docket sheet on March 31, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).